IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CREATIVE GIFTS, INC., et al.,

    Plaintiffs,

vs.                                        Civ. No. 97-1266 LH/WWD

UFO, et al.,

    Defendants.

MEMORANDUM OPINION AND ORDER

    This matter comes before the Court upon Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 37 For an Order Compelling Disclosure [docket no. 85] and Plaintiffs' Motion to Compel [docket no. 82]. I have previously addressed the matters raised in the two motions in question by a Report and Recommendation which was filed July 28, 1998. The specific relief sought in the aforementioned motions was not granted because of the particular circumstances of this case, including the aforementioned Report and Recommendation. Accordingly, the two aforementioned motions shall be denied without prejudice.

    **IT IS SO ORDERED**.

                                                               _____
                                                                UNITED STATES MAGISTRATE JUDGE